

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

PD-0490-09

SAUL CONTRERAS, Appellant

v.

THE STATE OF TEXAS

ON DISCRETIONARY REVIEW OF CASE 08-06-00205-CR OF
THE EIGHTH COURT OF APPEALS,
EL PASO COUNTY

WOMACK, J., filed a concurring opinion.

I join the judgment of the Court and its opinion except as to "Invocation of Right to

Counsel"– subpart 5 of part B ("Analysis") of Part I ("ARTICLE 38.23 INSTRUCTION"). As

the opinion says (*ante*, at 21), the court's charge under Article 38.22 of the Code of Criminal

Procedure included an instruction on the law applicable to waiver of right to counsel. Whether

the charge under Article 38.23 also should have included an instruction on the same law seems to

be moot. I see no need to discuss the question of the constitutional nature of the *Miranda* rule which so fractured the Supreme Court in *Chavez v. Martinez*, 538 U.S. 760 (2003).

Filed: June 9, 2010.
Publish.